McGREGOR W. SCOTT
United States Attorney
KATHERINE SCHUH
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00141-DAD-SKO |
| Plaintiff, | |
| v. | ORDER WITHDRAWING UNITED STATES MOTION AND PROPOSED ORDER TO REVOKE PRE-TRIAL RELEASE ORDER |
| MUSIO ALEJANDRO GOMEZ-RODRIGUEZ ET AL. | |
| Defendants. | |

IT IS HEREBY ORDERED THAT, pursuant to the United States' request, the United States'

Motion and Proposed Order filed on July 24, 2019, to revoke the Magistrate Judge's, the Honorable

Erica P. Grosjean, pre-trial release order for the defendant, Musio Alejandro Gomez-Rodriguez, in the

above-captioned case (Doc. Nos. 19-20) are deemed withdrawn. The August 5, 2019, hearing on the

matter is taken off calendar.

IT IS SO ORDERED.

Dated:  __July 29, 2019__

_____
UNITED STATES DISTRICT JUDGE

1