PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00161-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | DATE: March 14, 2022 |
| MUCIO GOMEZ-RODRIGUEZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant Mucio Gomez-Rodriguez, by and through his counsel of record, David Arredondo, hereby stipulate as follows.

2. The parties have reached a plea agreement in this case.

3. The parties ask that the matter as to defendant Mucio Gomez-Rodriguez be set for a change of plea before the Honorable Dale A. Drozd on March 14, 2022 at 9:00 AM.

\\\
\\\
\\\
\\\
\\\

1

IT IS SO STIPULATED.

Dated:  February 24, 2022                                     PHILLIP A. TALBERT
                                                              United States Attorney


                                                              /s/ Katherine E. Schuh
                                                              KATHERINE E. SCHUH
                                                              Assistant United States Attorney


Dated:  February 24, 2022                                     /s/ David Arredondo
                                                              DAVID ARREDONDO
                                                              Counsel for Defendant
                                                              Mucio Gomez-Rodriguez


**ORDER**

IT IS SO ORDERED.

Dated:  **February 24, 2022**                          _____
                                                       UNITED STATES DISTRICT JUDGE

2