UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:19-CR-00161 |
| ) | |
| Plaintiff,   ) | ORDER GRANTING DEFENDANT'S |
| ) | MOTION TO EXONERATE CASH BOND |
| vs.   ) | AND DENYING GOVERNMENT'S MOTION |
| ) | FOR APPLICATION OF CASH BOND TO |
| MUCIO ALEJANDRO GOMEZ   ) | DEFENDANT'S CRIMINAL DEBT |
| RODRIGUEZ,   ) | |
| ) | (Doc. Nos. 117, 118) |
| Defendant.   ) | |

GOOD CAUSE APPEARING, defendant Mucio Rodriguez's motion to exonerate the cash bail bond (Doc. No. 118) is granted and the amount of $5,000.00 posted to secure defendant's release shall be returned to the posting surety, Jose de Jesus Gomes Rodriguez, forthwith.  The government's unsupported motion for application of the cash bond to defendant Mucio Rodriguez's criminal debt (Doc. No. 117) is denied as lacking merit.  (*See* Doc. No. 26.)

IT IS SO ORDERED.

Dated:   **April 24, 2024**           *Dale A. Drozd*
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

1